UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF INGRAM BARGE COMPANY LLC, AS OWNER OF THE M/V BARGE IN176102, MACHINERY, GEAR, TACKLE, APPAREL, ALL OTHER APPURTENANCES, PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO: 25-730<br><br>SECTION: "J"(3) |

## ORDER

The Court has been informed that the above-captioned case is related to Civil Action No. 24-2778, *In the Matter of Cooper Marine, Inc.,* which was previously allotted to Section "L" of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned matter be **TRANSFERRED** to Section "L"(5) for further proceedings.

New Orleans, Louisiana, this 17th day of April, 2025.

April 17, 2025

TRANSFERRED TO
**SECT. L MAG 5**

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE